**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FINALROD IP, LLC, | § § § | |
| *Plaintiff / Counter-Defendant*, | § § | Case No. 2:20-cv-00189-JRG-RSP |
| v. | § § | |
| ENDURANCE LIFT SOLUTIONS, INC., | § § | |
| *Defendant / Counter-Plaintiff*. | § § § | |

**ORDER**

Counter-Defendant Finalrod IP, LLC ("Finalrod") previously filed a Motion to Dismiss Pursuant to FRCP 12(b)(6) and to Strike Pursuant to FRCP 12(f) ("Motion"). (Dkt. No. 17.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 38), recommending denial of Finalrod's Motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 17) is **DENIED**.

**So Ordered this**
**Mar 1, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE